**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-06-00072-001-PHX-SRB (LOA) |
| Plaintiff, | |
| v. | **O R D E R** |
| John B. Ransum, Jr., | |
| Defendant . | |

Pursuant to the Government's Motion to Correct Plea Agreement Pursuant to Rule 36, Federal Rules of Criminal Procedure, there being no objection by Defendant and good cause appearing:

IT IS HEREBY ORDERED correcting the clerical error contained within the defendant's plea agreement, namely, the statute of the charge to which the defendant pled to a lesser-included offense, to wit: Title 49 U.S.C. §46506.

DATED this 18th day of June, 2007.

Lawrence O. Anderson
United States Magistrate Judge